UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 24 2006 ★
BROOKLYN OFFICE

UNITED STATES OF AMERICA,

              Plaintiff,

**DECREE OF FORFEITURE AND ORDER OF DELIVERY**

Civil Action No. 04-5447

(Gleeson, J.)
(Matsumoto, M.J)

-against-

ONE SLIVER 2001 MERCEDERS
CL500 BEARING VIN NUMBER
WDBPJ75J41A017948,

              Defendant Vehicle.

----------------------------------X

Upon the application of the United States of America, and the Stipulation of Settlement between the United States and claimant Thrift Investment Corp. dated January 17, 2006,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 49 U.S.C. § 80303, $18,135.13 is hereby condemned and forfeited to the use and benefit of the United States of America (the "Forfeited Funds.")

2. The United States of America is hereby directed to dispose of the Forfeited Funds in accordance with all applicable laws and regulations.

3. The United States of America shall release, as soon as practicable, $20,864.87 to claimant in accordance with the Stipulation of Settlement dated January 17, 2006, between claimant and the United States of America.

4. The Clerk of this Court shall forward five (5) certified copies of this Decree of Forfeiture and Order of Delivery to the Office of the United States Attorney for the Eastern District of New York, to the attention of Jennifer Schantz, Assistant United States Attorney, 147 Pierrepont Street, 14th Floor, Brooklyn, New York 11201, and shall close this case.

Dated:     Brooklyn, New York
          February 21, 2006

                                    s/John Gleeson
                                    _____
                                    HONORABLE JOHN GLEESON
                                    United States District Judge